**Dismissed and Memorandum Opinion filed August 5, 2014**



In The

# Fourteenth Court of Appeals

NO.14-14-00543-CR
NO. 14-14-00544-CR
NO. 14-14-00545-CR
NO. 14-14-00546-CR

**JOSEPH HOENINGHAUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1405266, 1405276, 1428986, and 1428987**

## M E M O R A N D U M    O P I N I O N

Appellant entered a guilty plea to (1) burglary of a habitation with the intent to commit theft; (2) possession of methamphetamine; (3) burglary of a habitation with the intent to commit theft; and (4) unauthorized use of a vehicle. In each case, in accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on May 22, 2014, to confinement for nine years in the Institutional Division of the Texas Department of Criminal Justice. The sentences were ordered to run concurrently. Appellant filed a pro se notice of appeal in each case. We dismiss the appeals.

In each case, the trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in each record on appeal. *See* Tex. R. App. P. 25.2(d). In each case, the record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Justices Boyce, Busby and Wise.

Do Not Publish – Tex. R. App. P. 47.2(b).